DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>JAMES EDWARD WHITTED,  )<br>)<br>Defendant.  )<br>) | Case No. 3:04-cr-0176 |

**ORDER**

**BEFORE THE COURT** is James Whitted's ("Whitted") Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) under Section 4205(g) due to the Covid-19 Pandemic, filed September 15, 2020. (ECF No. 153.) For the reasons stated in the accompanying Memorandum Opinion of even date, the Court will grant the motion. Accordingly, it is hereby

**ORDERED** that Whitted's motion for compassionate release is **GRANTED;** it is further

**ORDERED** that Whitted's sentence is reduced to time served with ten years of supervised release; it is further

**ORDERED** that, as a condition of supervised release, Whitted shall be placed in home confinement through the date of his projected release, May 5, 2021; it is further

**ORDERED** that all other conditions of the sentence imposed on July 19, 2007, shall remain in full force and effect; it is further

**ORDERED** that Whitted must undergo a 14-day period of quarantine prior to his release to home confinement, to commence immediately; it is further

*United States v. Whitted*
Case No. 3:04-cr-0176
Order
Page 2 of 2

   **ORDERED** that the United States Bureau of Prisons ("BOP") and the United States Probation Office are instructed to work to facilitate Whitted's release from custody as soon as practicable; and it is further

   **ORDERED** that all pending motions are denied as **MOOT**.

**Dated:** January 28, 2021           */s/ Robert A. Molloy*
                          **ROBERT A. MOLLOY**
                          **District Judge**